UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WCMGC, LLC, et al.,

                          Plaintiffs,

      v.

COUNTY OF SENECA,

                          Defendant.
_____

ORDER

24-CV-6142FPG

By Order dated July 15, 2024, this Court stayed discovery in this action pending a determination on a motion to transfer and consolidate before the United States Judicial Panel on Multidistrict Litigation ("MDL motion"). (Docket # 18). By Decision and Order dated August 2, 2024, the MDL motion was denied. *See In re New York Tax Foreclosure Surplus Litigation*, MDL No. 3117 at Docket # 153. Accordingly, this Court's Order staying discovery (Docket # 18) is vacated and the stay is hereby lifted.

**IT IS SO ORDERED.**

                                                     *s/Marian W. Payson*
                                                    MARIAN W. PAYSON
                                                United States Magistrate Judge

Dated:  Rochester, New York
           August 2, 2024